1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6                  SAN JOSE DIVISION

7

8    DANIEL DELACRUZ,                    Case No.  23-cv-03034-VKD

              Plaintiff,
9
                                         **ORDER RE TAI DEFENDANTS'**
10        v.                             **MOTION TO DISMISS FIRST**
                                         **AMENDED COMPLAINT**
11   TANIMURA & ANTLE, INC., et al.,
                                         Re: Dkt. No. 40
              Defendants.
12

13

14        Plaintiff Daniel Delacruz, who is representing himself, filed this action against defendants

15   Tanimura & Antle, Inc. ("TAI"), Mike Antle, and Carmen Ponce (collectively, "TAI defendants")

16   and Claudia Quirarte, asserting, among other things, unlawful disability discrimination under the

17   Americans with Disabilities Act ("ADA").  Dkt. No. 1.  On prior motions filed by Ms. Quirarte

18   and the TAI defendants, the Court dismissed Mr. Delacruz's complaint, with leave to amend only

19   as to the ADA claim against Ms. Quirarte.  With respect to the TAI defendants, the Court

20   dismissed all of Mr. Delacruz's federal claims without leave to amend, and dismissed his state law

21   claims without prejudice.  *See* Dkt. Nos. 28, 29.

22        Mr. Delacruz filed a first amended complaint ("FAC") in which he asserts only state law

23   claims against the TAI defendants—namely, a claim for violation of his privacy rights under

24   Article I, § 1 of the California Constitution (claim 3) and for breach of contract/"[o]rder to [s]how

25   [c]ause [r]e [s]pecific [p]erformance and [i]njunctive [r]elief" (claim 4).  Dkt. No. 34.  The TAI

26   defendants move to dismiss the FAC pursuant to Rule 12(b)(1) and Rule 12(b)(6).  Dkt. No. 40.

27   In a separately filed order on Ms. Quirarte's motion to dismiss the FAC, the Court has dismissed

28   all of Mr. Delacruz's federal claims, with limited leave to amend, and declined to exercise

United States District Court
Northern District of California

jurisdiction over any state law claims for relief.  Inasmuch as the FAC asserts only state law claims against the TAI defendants, the Court dismisses those claims without prejudice either to (1) re-filing those claims against those defendants in the appropriate state court or (2) reasserting them in a Second Amended Complaint in this Court, but only to the extent that Mr. Delacruz believes he can adequately plead a federal claim for relief, consistent with the limited scope of leave to amend as stated in the Court's order on Ms. Quirarte's motion to dismiss the FAC.

**IT IS SO ORDERED.**

Dated: May 9, 2024

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2