UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DELACRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TANIMURA & ANTLE, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-03034-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE TAI DEFENDANTS' MOTION TO DEEM PLAINTIFF A VEXATIOUS LITIGANT**<br><br>Re: Dkt. No. 31 |

Defendants Tanimura & Antle, Inc. ("TAI"), Mike Antle, and Carmen Ponce (collectively, "TAI defendants") move for an order deeming plaintiff Daniel Delacruz a vexatious litigant. Dkt. No. 31. The motion raises serious concerns regarding whether Mr. Delacruz has engaged in "abuse of the judicial process." *See De Long v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990). However, because an order imposing pre-filing restrictions on a litigant is "an extreme remedy" that should "rarely" be used, *id.* at 1147, and because the Court is giving Mr. Delacruz an opportunity to amend his complaint, the Court at this juncture denies the TAI defendants' motion to declare Mr. Delacruz a vexatious litigant. This denial is without prejudice to the TAI defendants reasserting the same request at a later point in these proceedings.

**IT IS SO ORDERED.**

Dated: May 9, 2024

Virginia K. DeMarchi
United States Magistrate Judge